IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **DAWN OLIVER** | | **PLAINTIFF** |
| v. | Case No. 4:23-CV-109-BRW | |
| **DOLGENCORP, LLC** | | **DEFENDANT** |

## JOINT STIPULATION AND ORDER

### RECITALS

WHEREAS, Plaintiff Dawn Oliver ("Plaintiff") filed a Complaint (the "Complaint") against Defendant Dolgencorp, LLC ("DG") (collectively, the "Parties") on February 10, 2023 in the above-entitled Court;

WHEREAS, on February 14, 2023, Plaintiff personally served DG's agent for service of process with a Summons and Complaint in this action;

WHEREAS, on March 8, 2023, Plaintiff granted DG an extension to serve and file any answer, motions, or other pleadings in response to and/or challenging the Complaint;

WHEREAS, pursuant to United States District Court Eastern District of Arkansas Local Rule 6.2(a) ("LR 6.2(a)"), the Clerk may enter an order extending, for not more than twenty-one (21) days, DG's time to file any answer, motions or other pleadings in response to and/or challenging the Complaint;

WHEREAS, the Parties agree and are stipulating herein, for good cause, pursuant to LR 6.2(a), to an extension of twenty-one (21) days for DG to serve and file any answer, motions, or other pleadings in response to and/or challenging the Complaint, to and including March 29, 2023.

### STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, on the one hand, and DG, on the other hand, by and through their respective undersigned counsel, and subject to the Clerk's approval per LR 6.2(a), that:

171791107.2

1. DG's time within which to serve and file any answer, pleadings, and motions in response to and/or challenging the Complaint in this action shall be and hereby is extended by twenty-one (21) days to and including March 29, 2023; and

2. By entering into this Stipulation, the Parties in no way waive, and hereby fully and expressly reserve, any and all rights, claims, remedies, and defenses they have or may have in this action.

DATED: March 16, 2023     **WHLAW**

By: /s/ Chris Burks
Chris Burks
1 Riverfront Place, STE 745
North Little Rock, AR 72114
Office 501.891.6000
Text   501.888.4357
Direct 501.255.7577
Email  chris@wh.law
Attorneys for Plaintiff
Dawn Oliver

DATED: March 16, 2023     **MCGUIREWOODS LLP**

By: /s/ Joel S. Allen
Joel S. Allen, Esq.
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone:  214.932.6400
Facsimile:  214.932.6499
Email:  jallen@mcguirewoods.com
Attorneys for Defendant
DOLGENCORP, LLC

**Signed at the Direction of the Court on 3/16/2023**

TAMMY DOWNS
CLERK OF COURT
Jake Kornegay, Deputy Clerk

171791107.2